IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE R. KEEFER, | : | 3:12-cv-1665 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Under Commissioner of the Social | : | |
| Security Administration, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### March 19, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall **ENTER JUDGMENT** in favor of Plaintiff and against Defendant.

2. The decision of the Commissioner of Social Security denying Plaintiff supplemental security income is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security for further proceedings.

3. The Clerk of the Court shall **CLOSE** this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge